UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIE VINSON,

    Plaintiff,

v.

    Case No. 1:23-cv-605

MEDCOR, INC. and
GILBANE BUILDING COMPANY,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER OF DISMISSAL

Pending before the Court are two stipulations of dismissal as to each defendant (ECF No. 12, as to Defendant Gilbane Building Company, and ECF No. 13, as to Defendant Medcor, Inc.) Upon due consideration of the stipulations by the Court,

**IT IS HEREBY ORDERED** that the stipulations of dismissal (ECF Nos. 12 and 13) are APPROVED.

**IT IS FURTHER ORDERED** that the entire case is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees.

Dated:  August 17, 2023                       /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge